No. 564. LACOE *v.* COUNTY OF SAN DIEGO.

January 2, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Kidd* v. *Alabama,* 188 U. S. 730; *Darnell* v. *Indiana,* 226 U. S. 390, 398. *Messrs. W. Sumner Holbrook, Jr., Donald V. Hunter,* and *Homer R. Hendricks* for appellant. No appearance for appellee.

No. 578. QUANAH, ACME & PACIFIC RY. Co. *v.* UNITED STATES ET AL.

January 2, 1940. *Per Curiam:* The decree is affirmed. *Central R. Co.* v. *United States,* 257 U. S. 247, 257; *Interstate Commerce Commission* v. *Union Pacific R. Co.,* 222 U. S. 541, 547–548; *Los Angeles Switching Case,* 234 U. S. 294, 311–312; *United States* v. *American Tin Plate Co.,* 301 U. S. 402, 411. *Mr. Robert E. Quirk* for appellant. *Mr. Philip A. Walker* for West Texas Cottonoil Co. et al., appellees.

No. 537. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* TYNG; and
No. 538. SAME *v.* BUCHSBAUM.

January 2, 1940. *Per Curiam:* The petitions for writs of certiorari are granted. The judgments are reversed and the causes are remanded to the Circuit Court of Appeals for further proceedings. *LeTulle* v. *Scofield, ante,* p. 415. *Solicitor General Jackson* for petitioner. *Mr. Wayne Johnson* for respondent in No. 537. *Messrs. J. R. Sherrod, Homer Hendricks,* and *Robert N. Miller* for respondent in No. 538. Reported below: 106 F. 2d 55.